1 | JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
2 | JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax:(949) 722-8416

5 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-7343 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Janeth Florez, aka | |
| Janeth Murillo, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Janeth Florez, aka Janeth Murillo, in the principal amount of $2,148.46 plus interest accrued to August 16, 2011, in the sum of $2,483.18; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,631.64**.

DATED: 9/20/2011            By: Terry Nafisi
                                 Clerk of the Court

                                 A. Martinez
                                 Deputy Clerk
                                 United States District Court