1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. CV 11- 7343

12                    Plaintiff,

13          vs.                       CONSENT JUDGMENT

14  Janeth Florez, aka

15  Janeth Murillo,

16                    Defendant

17

18       Pursuant to the above stipulation of the parties,

19  Judgment is hereby entered in favor of Plaintiff, UNITED

20  STATES OF AMERICA, against Defendant, Janeth Florez, aka

21  Janeth Murillo, in the principal amount of $2,148.46 plus

22  interest accrued to August 16, 2011, in the sum of

23  $2,483.18; with interest accruing thereafter at 8% annually

24  until entry of judgment, administration costs in the amount

25  of $0.00, for a total amount of $**4,631.64**.

26  DATED: _9/20/2011_          By:_____Terry Nafisi_____
                                        Clerk of the Court
27
                                       A. Martinez
28                                 _____
                                       Deputy Clerk
                                 United States District Court

                              Page 5